AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

E-filing

| | |
|---|---|
| Deborah Frey | ) |
| _____ | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Liberty Life Assurance | ) |
| Defendant | ) |
| Company of Boston | ) |

C08-04160  WDB

### Summons in a Civil Action

To:     Liberty Life Assurance Company of Boston
_____
(Defendant's name)

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

P. Randall Noah
Law Office of P. Randall Noah
2 Theatre Sq., Suite 234
Orinda, CA  94563
Tel. 925 253-5540

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
_____
Name of clerk of court

Date:  **SEP - 3 2008**

KELLY COLLINS
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*